**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KHALISHA R BOZEMAN**                                                                            **PLAINTIFF**

**v.**                                          **Case No. 4:18-cv-00904-LPR**

**ARKANSAS FOUNDATION**                                                                          **DEFENDANT**
**FOR MEDICAL CARE**

## JUDGMENT

Pursuant to the Order filed on June 29, 2020, it is considered, ordered, and adjudged that judgment be entered in favor of Defendant on all claims.

IT IS SO ADJUDGED this 29th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT